AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

<table>
<tr><td>

In the Matter of the Search of<br>
An Apple iPhone 13 Pro Max Model Number<br>
MLJD3E/A A2641 with a serial number of<br>
WQJ9D7547W, seized from AURELIA AYON<br>
GUERRERO on April 4, 2023, in Imperial<br>
County, California. The Device is currently in the<br>
custody of the Federal Bureau of Investigation in<br>
Roseville, California.

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Case No.    **2:23-sw-0404 CKD**

</td></tr>
</table>

**FILED**

Apr 20, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

located in the _____ Eastern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☒ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C §§ 846 and 841 | Conspiracy to distribute and to possess with intent to distribute at least 500 grams of a mixture and substance containing methamphetamine and at least 400 grams of a mixture and substance containing fentanyl. |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

- ☒ Continued on the attached sheet.
- ☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
/s/
*Applicant's signature*

_____
FBI Special Agent Brady Cowan
*Printed name and title*

Sworn to before me and signed telephonically.
Date: ___April 20, 2023 at 3:16 pm___

_____
*Judge's signature*

City and state: ___Sacramento, California___

_____
Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

### AFFIDAVIT OF FBI SPECIAL AGENT BRADY COWAN

I, Brady H. Cowan, being duly sworn, state as follows:

### Purpose

1. I write this affidavit in support of an application for a warrant to search an electronic device further described in **Attachment A**. This search would aim to identify electronically-stored data more specifically described in **Attachment B**. **Attachment A** and **Attachment B** are incorporated by reference.

2. The property to be searched consists of a cellular telephone (" the Device") described as an Apple iPhone 13 Pro Max Model Number MLJD3E/A A2641 with a serial number of WQJ9D7547W.

3. The Device is currently in the lawful possession of the FBI in the Eastern District of California.

### Affiant's Background and Experience

4. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since September 2014. I am currently assigned to the FBI's Sacramento Field Office, Bakersfield Resident Agency, where I am primarily charged with investigating Transnational Organized Crime-Western Hemisphere. I was trained as an FBI Special Agent at the FBI Academy in Quantico, Virginia.

5. During the course of my employment as an FBI Special Agent, I have participated in numerous criminal and national security investigations. I have also participated in investigations involving the use of federal and state search warrants to collect evidence, including controlled substances, the seizure of narcotics-related records, and other types of evidence that document the activities of criminal organizations in both the manufacturing and distribution of controlled substances and weapons. To successfully conduct investigations, I have used a variety of investigative techniques and resources including physical surveillance, use of confidential sources, trash covers, mail covers, use of audio and audio/video recording devices, review of bank records, Title III Intercepts and search warrants. Through investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar with the methods used by organized criminal enterprises and drug-trafficking organizations to distribute, manufacture, and transport controlled substances, and to collect and launder related proceeds

6. I am an "investigative or law enforcement officer" within the meaning of Section 2510(7) of Title 18 of the United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18 and Title 21 of the United States Code. I am also

a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C).

7. Unless stated otherwise, I have personal knowledge of all of the matters set forth in this Affidavit. To the extent any information in this Affidavit is not within my personal knowledge, it was made known to me through my own review of the documents discussed in this Affidavit and through reliable law enforcement sources, including discussions with other law enforcement officers and intelligence analysts assigned to this case. The conclusions and opinions set forth below are based on my experience and training as a FBI Special Agent, and conversations I have had with other law enforcement officers who are familiar with the facts and circumstances of this investigation. Because I am submitting this Affidavit for the limited purpose of a complaint and arrest warrant for the defendant identified above, I have not included every fact known to me about this investigation. I have only included those facts I believe are necessary to establish probable cause for the search warrants, arrest warrants, and the criminal complaint requested herein.

## Scope of Criminal Complaint

8. Based on the facts below, there is probable cause to believe that violations of 21 U.S.C. 841(a) and 846 have been committed by **Aurelia Ayon Guerrero aka Aurelia Ayon Aragon ("AURELIA")**, Ricardo Antonio Valdez Reyes ("VALDEZ"); a Mexico-based individual who goes by the moniker El Barbas ("BARBAS"), JIMMY PEREZ ("PEREZ"), JOSE SANTANA AYON ARAGON ("ARAGON"), KEMBERLY FLORES LOPEZ ("FLORES"), AMALIA REBECCA GONZALEZ ("GONZALEZ"), an individual who goes by the moniker "Chepe" ("CHEPE"), MYRA LOPEZ GRANADOS ("LOPEZ"), LISA RYANN YANAGI ("YANAGI"), SOFIA GARAY ("GARAY"), and others.

## Statement of Probable Cause

### *Background of Investigation*

9. The facts set forth below are based on an investigation of a drug trafficking network based in Mexico, which has distributed drugs into the Eastern District of California. The investigation is a joint effort between the Tri County Drug Enforcement Team (TRIDENT) and the FBI. TRIDENT is a California state drug enforcement agency that refers to its law enforcement members as special agents. Many of the facts in this affidavit were captured in reports by a TRIDENT special agent or told to me by an Undercover Officer (the "UC"). The UC has been in direct contact with BARBAS, ARAGON, FLORES, GONZALEZ, PEREZ, and others.

10. Specifically, as detailed below, the investigation identified AURELIA, along with her husband VALDEZ, as leaders and organizers within the drug trafficking network responsible for coordinating large shipments of methamphetamine, counterfeit pharmaceutical pills containing fentanyl, and other drugs from Mexico into the United

States and distributing those drugs within the United States, including in the Eastern District of California. AURELIA and VALDEZ live in Mexicali, Mexico. VALDEZ was previously convicted in the District of Arizona of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), following his arrest at a border patrol checkpoint with several kilograms of methamphetamine on July 17, 2015. VALDEZ was sentenced to 42 months in prison for this prior conviction.

11. AURELIA was previously charged in 2004 for 21 U.S.C. § 952, 960, Importation of a Controlled Substance, which was dismissed; in 2011 for 21 U.S.C. § 952, 960, Importation of marijuana, for which she was sentenced to 6 months of home detention and 36 months of supervised release; and in 2020 for "Alien Smuggling (Driver)" with an unknown disposition.

12. On August 11, 2022, a grand jury returned indictments against ARAGON, PEREZ, and GONZALEZ. *See* Case Nos. 2:22-cr-176-TLN (PEREZ), 2:22-cr-177-TLN (GONZALEZ), and 2:22-cr-178-TLN (ARAGON). ARAGON and PEREZ were arrested on August 16, 2022. GONZALEZ was arrested on December 1, 2022 in Mexico by Mexican authorities and deported to the United States.

### *Initial Controlled Purchases*

13. The UC initially ordered four pounds of methamphetamine through TARGET #1, a Mexico-based drug trafficker.

14. The first United States based phone number to reach out to the UC was (323) 210-5758. On February 4, 2021, the phone number first called the UC twice, but the UC did not answer. The UC and the user of the phone number then had the following text exchange, which occurred in Spanish and was translated into English by a FBI linguist. The English translation appears below. The user of the phone number (323) 210-5758 appears below as Unknown Person ("UP"):

**UC:** *How's it going? Hey, what's new?*
**UP:** *Can you wait until 5:00?*
**UC:** *Like for the chat?*
**UP:** *To deliver the 4 plates on Chepe's behalf.*
**UC:** *All right, yes, from Chepe. Well, look, I am here in Northern California, but on Wednesday Ill go over there with Uncle Angel. Unless you are going to bring that.*

15. The UC never had contact with the user of (323) 210-5758 again. An administrative subpoena revealed that the phone number was registered to ALBERTO ONATE at 108 E 47th PL APT 1, Los Angeles, California. I located four instances in February 2021 where someone named ALBERTO ONATE at 107 East 47th Place, Los Angeles, California used a money remitting service to send money to "RICARDO ANTONIO VALDEZ REYES" in Mexicali, Mexico.

16. After this, but still in early February 2021, the UC instead began communicating with CHEPE to complete the first deal. Ultimately, CHEPE sent his girlfriend, MYRA LOPEZ GRANADOS ("LOPEZ"), to deliver the drugs to the UC in Fresno, California on February 10, 2021. The DEA laboratory tested the drugs, which tested positive for methamphetamine. The net weight from the laboratory was approximately 3.8 pounds. CHEPE and LOPEZ later brought the UC more methamphetamine in Roseville, California on February 19, 2021. The DEA laboratory tested the drugs, which tested positive for methamphetamine. The net weight from the laboratory was approximately 1.93 pounds.

17. The UC ordered 10 more pounds of methamphetamine from TARGET #1, who put the UC in contact with a man identified as JIMMY PEREZ ("PEREZ"). PEREZ claimed to be out of town on March 1, 2021, when he directed the UC to his properties in Terra Bella, California to complete the deal. The UC picked up approximately 11.6 pounds of methamphetamine from one of PEREZ's associates in Terra Bella, California in exchange for money. TARGET #1 later reached out to the UC to indicate the UC was actually served 12 pounds instead of 10 pounds and that he (TARGET #1) wanted payment for the additional methamphetamine. PEREZ similarly reached out to the UC for that payment. When the UC told PEREZ that the UC had already paid his contact (TARGET #1) PEREZ indicated that he (PEREZ) instead worked for a man named "BARBAS." PEREZ's then girlfriend, AMALIA REBECCA GONZALEZ ("GONZALEZ"), also began communicating with the UC and put him in direct contact with BARBAS, who is believed to be based in Sinaloa, Mexico.

18. The UC purchased approximately 10,053 M-30 fentanyl pills from BARBAS. The pills were delivered on June 10, 2021 by GONZALEZ in Porterville, California. The pills tested positive for the presence of para-fluorofentanyl (a schedule I controlled substance and fentanyl analogue) during examination at the DEA laboratory. The UC then purchased approximately 8.75 pounds of methamphetamine from BARBAS. The methamphetamine was delivered by GONZALEZ on July 1, 2021 in Ripon, California. The drugs were confirmed to be methamphetamine during testing at the DEA laboratory.

### _Seizures on July 28, 2021_

19. Following the controlled purchases, a large drug order was placed with BARBAS. He sent two separate couriers to deliver drugs to the UC on July 28, 2021. Both were traffic stopped by officers from the California Highway Patrol (CHP) as part of this investigation. GONZALEZ was found to be in possession of 99,708 M-30 fentanyl pills, approximately 4.89 pounds of methamphetamine, and some marijuana. Prior to being stopped, GONZALEZ communicated directly with the UC to coordinate the meeting. The pills tested positive for fentanyl (with a net weight of 10.948 kilograms) at the DEA laboratory and the methamphetamine was also positive for methamphetamine during DEA laboratory analysis.

20. For the second portion of the drug delivery, the UC communicated directly with JOSE SANTANA AYON ARAGON ("ARAGON") while the drugs were being transported by

4

a woman named KEMBERLY FLORES LOPEZ ("FLORES").  That communication between ARAGON and the UC was translated from Spanish into English by an FBI linguist. This communication will be described or quoted from in English in this affidavit. At the time, ARAGON was using telephone number (661) 557-8554. On the morning of July 28, 2021, ARAGON called the UC. During the recorded call, ARAGON asked about the meeting location. The UC told ARAGON that the UC would give ARAGON an exact location around 8:00am. ARAGON called the UC a few minutes before 8:00am and asked the UC to send him (ARAGON) the address. At approximately 8:04am, the UC sent ARAGON a text message that read, "Save Mart store:  1222 W Colony Rd., Ripon, CA  95366." The UC then asked via text message how much longer ARAGON would be, to which he replied, "Five minutes." Approximately seven minutes later, ARAGON called the UC to tell the UC that he (ARAGON) was at the meeting location. During this call, ARAGON told the UC that the UC would be dealing with a female. ARAGON then called the UC to ask if the UC received it (believed to mean the methamphetamine). The UC told ARAGON that the UC was with the girl, later identified as FLORES, and that they were going to go somewhere else to check the box (meaning the drugs). The UC told ARAGON that the man (referring to BARBAS) said it was going to be 200 (meaning pounds of methamphetamine) and the girl was saying it was 172 (believed to mean pounds). The UC told ARAGON that the UC was going to check them (meaning the drugs) and pay for what the girl brought. After the UC and FLORES left the initial meeting location, a CHP officer conducted a traffic stop on FLORES's vehicle, resulting in the seizure of methamphetamine. The net weight of the drugs, which tested positive at the DEA laboratory for methamphetamine, was approximately 166 pounds. FLORES's phone was seized with the drugs.

21. The Honorable Deborah Barnes, United States District Magistrate Judge for the Eastern District of California, authorized a search warrant on FLORES's phone. I reviewed the contents on the phone and saw that FLORES had ARAGON saved as "J" with an associated call number of (661) 557-8554, which is the same number he used to communicate with the UC. On July 27, 2021 (the day before the seizure) ARAGON forwarded two WhatsApp voice messages to FLORES. The first voice memorandum is of what sounds like a male speaking Spanish. The male is addressing "cuñado," the Spanish word for brother-in-law, and informing him that he needs to be in Modesto at 8 in the morning. The second voice memorandum says essentially the same thing. As explained further in the affidavit, I believe this voice belongs to VALDEZ, who is ARAGON's brother-in-law (cuñado) and AURELIA's husband. These recordings occurred in the Spanish language. For this instance and all subsequent instances (unless specified otherwise) where I describe Spanish language translated into English, I initially used a combination of my limited Spanish proficiency and internet tools to translate Spanish into English. I then sent my translation to an agent with Homeland Security Investigations (HSI), who is a native Spanish speaker, for verification and correction as needed.

22. My review of the WhatsApp communication between ARAGON and FLORES from the contents of FLORES's phone showed additional discussion involving who I believe to be VALDEZ. An example includes scrambled WhatsApp messages between ARAGON and

5

FLORES on July 11, 2021.[1] The conversation involved ARAGON telling FLORES that there was a job taking some stuff to la (meaning Los Angeles), which ARAGON later clarified was actually san bernard (which I believe is short for San Bernardino). The two went on to discuss how far FLORES would have to drive and ARAGON mentioned FLORES having to travel to Calexico, California.

23. On July 22, 2021, again in scrambled WhatsApp communication, ARAGON told FLORES that something was usually every Friday or sat (meaning Saturday) sometimes and that it was never really during the week. FLORES responded, "cunado me told i no your," which I believe, unscrambled means: "I no [know] your cunado told me." In these communications I believe the two are discussing transporting loads of drugs and I believe FLORES is indicating that she already discussed the frequency of these drug loads with ARAGON's cuñado (brother-in-law in English), meaning VALDEZ.

24. On July 23, 2021, while giving FLORES instructions on what I believe to be picking up drugs, ARAGON told FLORES via regular text messages that someone would be calling her and then stated "De parte de beto," which means on behalf of Beto.  Later, ARAGON sent FLORES an address in San Bernardino and asked how far she was from there. Later, ARAGON asked if FLORES could keep the stuff at her house. While discussing the stuff, FLORES told ARAGON, "They look like batteries." ARAGON also later told FLORES that they were going more north in a couple days. ARAGON directed FLORES to go to that address (which I believe to be the address in San Bernardino) because they were going to give her something else. The methamphetamine seized from FLORES on July 28, 2021 came both hidden in batteries and in boxes. I believe that on July 23, 2021, FLORES and a friend picked up the drugs. It was also apparent from communication between FLORES and ARAGON that ARAGON also traveled for the July 23, 2021 drug pickup and even wanted FLORES to ride back with him in his car while her friend drove the drugs. Before FLORES arrived at the house in San Bernardino, she asked ARAGON to make sure they were ready and he replied that they were. When ARAGON told FLORES that someone would be calling her on behalf of Beto (a moniker for VALDEZ), I believe that was because VALDEZ had coordinated for the drug pickup.

### *Arrest of ARAGON*

25. On August 16, 2022, federal agents executed a search warrant at 711 5th Street, Apartment 45, McFarland, California. In a bedroom, agents encountered ARAGON, who was placed under arrest on federal drug trafficking charges. *See* Case No. 2:22-cr-178-JAM. In the closet for this same bedroom, the FBI found a tote bag containing eight

---

[1] Based on my training, experience, and knowledge of this investigation, I believe that the "scrambled" WhatsApp messages in FLORES phone download are messages that were deleted but that the extraction software was able to recover.  When the extraction software recovered the messages, the words appear out of order, or "scrambled," due to encryption features of the WhatsApp messages.  The following descriptions of these conversations from FLORES's phone describe the conversations in unscrambled form, based on my training, experience, and knowledge of this investigation.

gallon-size ziplock bags containing a white crystalline substance that later tested presumptive positive for methamphetamine. The gross weight of the methamphetamine was 7.958 pounds. Agents also seized approximately $5,380 in cash in a stack on the floor next to the bed. Also seized during the search warrant was ARAGON's cell phone with assigned call number (661) 541-9999. The phone was searched pursuant to the search warrant executed at ARAGON's apartment, which also included authority to search electronic devices seized in the execution of the warrant.

26. A review of ARAGON's phone revealed WhatsApp communication between ARAGON and 5216863377551, which as detailed later in the affidavit, belongs to AURELIA.

27. The communication between AURELIA and ARAGON over WhatsApp discovered on this phone began in August 2021. I knew ARAGON to have a different phone number while communicating with a UC in July 2021. I believe he ceased to use that phone after FLORES was arrested and the drugs were seized from her. ARAGON's phone extraction shows the initial WhatsApp messages captured between ARAGON and AURELIA as "scrambled." As explained above with regard to the scrambled WhatsApp messages on FLORES's phone download, I believe these messages were deleted but the extraction software was able to recover them, albeit with the words appearing out of order, or "scrambled." I believe on August 7, 2021, ARAGON and AURELIA discussed the seizure from FLORES, which occurred approximately 10 days earlier. I believe they continued discussing FLORES on August 10, 2021. Below is a transcription of that discussion. All of these messages were initially scrambled. In the chart below, in the second column I have interpreted many of the messages, including unscrambling the words, based on my training, experience, and knowledge of this investigation. In the third column, I have added comments based on my knowledge of this investigation and/or my training and experience.

August 7:

| Message | Interpretation | Comments |
|---|---|---|
| ARAGON: *Hello* | | |
| ARAGON: *en avisame que sea lo* | | |
| AURELIA: *let know he will u* | he will let u know | |
| AURELIA: *is what do have we wait gorso all to* | what we all have to do is wait gordo [gorso] | AURELIA frequently referred to ARAGON as "Gordo" and I believe "gorso" is a typo. |
| AURELIA: *decides the till whatever judge* | till whatever the judge decides | |

| | | |
|---|---|---|
| AURELIA: *her bail out getvto hopefully we* | hopefully we get to bail her out | |
| ARAGON: *that's well thing yeah the main we want rn* | yeah well that's the main thing we want right now [rn] | |
| AURELIA: *time paper by we have the hopefully* (believed to be a reference to hopefully having the paper, meaning court documents) | | Paper is likely a reference to court documents or law enforcement reports. |
| AURELIA: *only god knows* | | |
| AURELIA: *makin the why way it is* | | |
| ARAGON: *pick just up well yeah we if it feds have see to* | well we will just have to see if the feds pick it up | |
| AURELIA: *yes* | | |

28. The WhatsApp messages above were the first WhatsApp messages between AURELIA and ARAGON present in the phone download for ARAGON's phone number of (661) 541-9999 (other than a message with no date that just appears as "Status: Read."). On July 28, 2021, when ARAGON was communicating with the UC, he utilized a different phone number, (661) 557-8554. Based on my training and experience, I believe that ARAGON ceased using the number ending in 8554 because he used it to coordinate a drug deal resulting in lost drugs. In these messages above, I believe AURELIA and ARAGON are discussing FLORES's arrest. FLORES was initially in custody following her arrest on July 28, 2021, on state charges. When ARAGON discussed waiting to see if the feds pick it up, I believe he was referencing waiting to see if federal charges would be filed against FLORES for drug trafficking.

<u>August 10:</u>

| Message | Interpretation | Comments |
|---|---|---|
| ARAGON: *me the primos give number* | give me the primo's number | Primo is the Spanish word for cousin. |
| AURELIA: *gm* | good morning | |
| AURELIA: *526675725594* | | This was BARBAS's phone number at the time. |

| | | |
|---|---|---|
| ARAGON: *he's whatsapp not on* | he's not on WhatsApp | |
| AURELIA: *no* | | |
| ARAGON: *I to talk him just* | I just talk to him | |
| AURELIA: *ok* | | |
| ARAGON: *about wanna insurance the he don't talk* | he don't wanna talk about the insurance | |
| ARAGON: *I keep him telling* | I keep telling him | |
| ARAGON: *about the he girl and asks* | and he asks about the girl | The girl is believed to be FLORES. |
| ARAGON: *she much how time getting* | how much time she getting | |
| ARAGON: *and idk what* | | |
| ARAGON: *money sending and about* | and about sending money | |
| AURELIA: *okey* | | |
| ARAGON: *want fucken what person I the don't he understand* | | |
| ARAGON: *reason it's insurance fuck a for* | | |
| AURELIA: *no que gordo es saben pues* | | |
| AURELIA: *el fue si la girl mando que* | | |
| AURELIA: *o el guy* | | |
| AURELIA: *van esperar por eso se a* | | |
| AURELIA: *de 3 2 a months* | | |

| | | |
|---|---|---|
| ARAGON: *auerlia what wait for* | wait for what Aurelia | |
| ARAGON: *paperwork don't show up on snitched* | snitched don't show up on paperwork | |
| ARAGON: *until years after* | | |
| ARAGON: *2 years* | | This appears to be a continuation of ARAGON indicating that paperwork showing cooperation with law enforcement does not show up until years after or 2 years after. |
| ARAGON: *yeah* | | |
| AURELIA: *ok* | | |

29. In late August 2021, a FBI Confidential Source ("CS1")[2] reported that BARBAS's phone number was 526675725594, the same number provided to ARAGON by AURELIA on August 10, 2021. Based on my investigation, I know that CS1 was talking to BARBAS at the time about the two seizures that occurred and I know that BARBAS was interested in determining how the seizures occurred. During the same source debrief, CS1 reported that BARBAS said that a person I believe to be FLORES had nothing to do with the drugs in her car and that her boyfriend put her up to delivering the drugs. I believe the fact that BARBAS, who I believe was physically in Mexico during the seizure, knew that FLORES delivered the drugs and her boyfriend, meaning ARAGON, put her up to it shows that BARBAS talked to someone about the details of the seizure. I believe that BARBAS spoke with at least ARAGON. I know based on toll analysis from ARAGON's previous phone number of (661) 557-8554 that ARAGON and BARBAS spoke at least

[2] CS1 is receiving financial compensation for his/her work as a CS. CS1's criminal history includes felony drug distribution convictions, as well as arrests and/or convictions related to receipt of stolen property and tampering with a vehicle. CS1 has not been arrested since becoming a CS with the FBI. CS1 is receiving immigration benefits from another agency for his/her work as a CS. During the time that CS1 has been working with the TRIDENT and the FBI, agents and task force officers have independently corroborated information that CS1 has reported, and agents have considered CS1's reporting reliable since he/she began working with law enforcement. During a debrief in 2021, CS1 was asked for a phone number of the wife of a subject with whom s/he was communicating. The CS initially stated that they were talking over Facebook, but after finding out the FBI agent had no interest in prosecuting the wife of the subject, the CS stated that he or she was actually communicating with the wife over a telephone number and provided the phone number. Agents have identified no other instances of dishonesty with regard to the information the CS1 has provided.

once on July 28, 2021 for approximately 202 seconds (the day of the seizure) via BARBAS's previous phone number of 526961077924, a phone number he also used to communicate with the UC.

30. On July 30, 2021, BARBAS and the UC had a recorded call where they discussed the seizure from FLORES. During the call, which was captured in Spanish and translated into English by a FBI linguist, it was apparent that BARBAS had details from the seizure. Because BARBAS was in Mexico during the seizure in the United States, I believe BARBAS got his information from speaking with ARAGON. For example, BARBAS told the UC, "When you told the girl to follow you and you went on the freeway, well, you were going too fast and you called my cousin back, my cousin was watching you, my cousin was following behind. Behind the girl." I know based on my investigation that ARAGON was in a follow car when FLORES brought the drugs to the UC. As shown above, ARAGON referred to BARBAS as "the primo," meaning the cousin.

### Seizure from YANAGI and GARAY

31. On January 10, 2022, YANAGI was the driver and GARAY was the passenger of a white Kia Forte as they entered a United States Border Patrol checkpoint near Westmorland, California. A border patrol "Human Narcotics Detection Dog (HNDD)" conducted an open-air canine sniff of the exterior of their vehicle and the dog alerted on the vehicle. YANAGI provided consent to search her vehicle. A search resulted in the seizure of approximately 15.88 kilograms (35 pounds) of methamphetamine and 7,692 blue M-30 counterfeit oxycodone pills, which in fact contained fentanyl (835.5 grams net weight according to DEA lab testing). The DEA arrested both YANAGI and GARAY and the two were booked into the San Luis Regional Detention Center, which is located in San Luis, Arizona.

32. The DEA conducted a search of YANAGI's phone and provided me with results, which included some photographs of WhatsApp communication between YANAGI and ARAGON and between YANAGI and AURELIA over "+52 686 337 7551" – the same phone number that AURELIA used to communicated with ARAGON over WhatsApp regarding BARBAS and FLORES on August 10, 2021, regarding the seizure of approximately 166 pounds of methamphetamine from FLORES.

33. The communication between AURELIA and YANAGI began on "Sunday," which I believe to be January 9, 2022, the day before the seizure referenced above. Based on the communications on YANAGI's phone, and my training, experience, and knowledge of this investigation, I believe that YANAGI and GARAY did a successful drug delivery this day. The communication began with YANAGI stating "Okay there" and "And I'll keep deleting," which I believe meant YANAGI had just deleted WhatsApp communication between AURELIA and herself. AURELIA then directed YANAGI, "When u guys get the bag throw those away." AURELIA then directed YANAGI to share her live location with AURELIA. YANAGI told AURELIA that she was transferring "the stuff into a new duffel" and AURELIA told YANAGI "We will pay u

for it." YANAGI then sent a photo of a duffel bag and asked "Does that look better."
AURELIA responded, "Yesssss" and asked if YANAGI put clothes on top of them.
YANAGI later asked if she was dropping it off to an address and AURELIA responded
that she would send the address to YANAGI once "u guys" cross the checkpoint.

34. I believe this series of WhatsApp messages showed that AURELIA was directing
YANAGI in drug trafficking. The case agent from DEA noted in a report that the tactic
of having the courier share her location was commonly utilized by narcotic transportation
coordinators in order to maintain situational awareness of where the narcotics are located,
primarily to remain aware in case law enforcement seized the narcotics. The DEA
agent cited an example scenario of if the courier were to remain at a checkpoint location for
more than a few minutes, it would alert narcotics coordinators that a narcotics load was
compromised. I believe that AURELIA was waiting to provide a delivery address to
YANAGI until after she successfully made it through a checkpoint and that this was to
compartmentalize the drug trafficking operation and prevent law enforcement from
discovering a meeting location, stash house, and/or phone number of a co-conspirator
were YANAGI to be arrested at the checkpoint. I also believe that the messages above
show that AURELIA was directing YANAGI to conceal the drugs. AURELIA also told
YANAGI to make sure they left "rite now cause rite now is when there's more traffic"
and "To crossed the checkpoint and is better." I believe AURELIA is aware of wait times
at the checkpoint and knows that with more traffic, the chance of YANAGI being
searched would be lower. I believe that AURELIA likely gained this knowledge by being
involved in directing drug trafficking.

35. AURELIA later on the same day provided a phone number to YANAGI and told her
"Call the number so they can give u the address" and "tell them u callin on behalf of
buggi." I know based on my experience in other investigations that drug traffickers give
couriers instructions on who to call on behalf of as code to know the customer or courier
is involved in the operation. After AURELIA asked if YANAGI called, YANAGI
affirmed that she had and had been given an address. AURELIA told YANAGI that Jose
(believed to mean ARAGON) is "gonna give u the paper over there just give the people
the bags." I believe "the paper" to be a reference to money. I believe the bags were drugs.
When the drug customer changed the address with YANAGI, she got permission and
direction from AURELIA to deliver to the new address.

36. A review of ARAGON's phone on January 9, 2022 shows AURELIA and ARAGON
discussing who I believe to be YANAGI and GARAY. The WhatsApp messages between
the two were still scrambled, but ARAGON appeared to tell AURELIA that the girls
either are from Bakersfield or have already left Bakersfield that morning. YANAGI and
GARAY are from Wasco, a town close to Bakersfield. Both Wasco and Bakersfield are
located in the Eastern District of California. At one point ARAGON referred to one as
"Lisa," which is YANAGI's first name. ARAGON later appeared to discuss the prospect
of dogs smelling something, which I believe was a reference to the drugs YANAGI and
GARAY were transporting. AURELIA responded "i told them" and "bag to get a," which
unscrambled I believe meant that she told them to get a bag, which is consistent with the
messages referenced above between AURELIA and YANAGI.

37. On "Monday," which I believe to be January 10, 2022 or the day of the seizure, the communication between AURELIA and YANAGI begins with AURELIA asking YANAGI to again share her location. AURELIA then asked for a picture of YANAGI's car and driver's license, which is depicted below:

**CONTINUED ON NEXT PAGE**



38. At 9:09 p.m. AURELIA sent a WhatsApp message that read "Hey" and then at 9:10 p.m. one that read "U still going?" According to the complaint filed on YANAGI and GARAY, they were encountered at the Border Patrol Checkpoint at 9:15 p.m.

39. A review of ARAGON's phone revealed a discussion of YANAGI and GARAY with AURELIA two days after YANAGI and GARAY were arrested. The WhatsApp messages extracted from ARAGON's phone were not scrambled for this date of January 12, 2022. Those messages are captured below:





40. The photograph of YANAGI's California Driver's license was forwarded by AURELIA to ARAGON. Based on my knowledge of WhatsApp, I believe AURELIA went into a WhatsApp chat with a person other than ARAGON and then forwarded the photograph to ARAGON, which means AURELIA received it from someone else. I believe that YANAGI is the one that sent AURELIA the photo initially and that she forwarded it to ARAGON when he asked for the "id" in reference to calling the jail. The photograph found in the review of YANAGI's phone (sent by YANAGI to AURELIA) and the one found in the review of ARAGON's phone (sent by AURELIA to ARAGON) appear to be the same photograph and appear below:





Sent by YANAGI                    Sent by AURELIA

41. Later on January 12, 2022, ARAGON asked AURELIA, "There's no more trips coming up for the other girls?" AURELIA responded "Idk" and "Yes." Idk is a common shorthand for I don't know. Here I believe the two were talking about additional female couriers as YANAGI and GARAY had already been arrested.

42. On January 14, 2022, ARAGON and AURELIA again discussed YANAGI and GARAY. Below is a transcription of WhatsApp messages exchanged between ARAGON and AURELIA:

ARAGON: *One of the girls is out*
ARAGON: *They have them in Arizona*
ARAGON: *The other one is still in there*
AURELIA: *How u mnkw*
AURELIA: *Know*
ARAGON: *She texted me*
AURELIA: *The driver is locked up*
ARAGON: *The other girl they looked through her phone*

17

ARAGON: *No she's out*
AURELIA: *How u know*
AURELIA: *Why they took her to Arizona*
ARAGON: *Don't know*
ARAGON: *They have her in Yuma*
AURELIA: *What else she told u*
ARAGON: *Probably cause it's federal*
ARAGON: *Just that*
AURELIA: *By why is she out*
AURELIA: *If it's federal*
ARAGON: *She got bail*
AURELIA: *Ohhh*
ARAGON: *She's in San Luis something*
AURELIA: *She was in Arizona too*
ARAGON: *(Sent the following image):*



ARAGON: *They were here*
AURELIA: *Ok*
ARAGON: *And yeah they had them together*
ARAGON: *We'll close*
ARAGON: *She posted bail but idk if the other one can afford it*
AURELIA: *What dis she need it to get bail out*
AURELIA: *Give me her name and dob*
AURELIA: *Of the other girl*
ARAGON: *I have to call*

43. After discussing why they took the girls to Arizona and AURELIA's ability to find out things in Arizona, the conversation continued with ARAGON answering AURELIA's request to give her the name and date of birth ("dob") of the other girl:

ARAGON: *[MM:DD]:02*[3]
ARAGON: *Sofia Garay*

44. According to the complaint affidavit for the complaint filed on YANAGI and GARAY, the two were booked into the San Luis Detention Center, the same facility ARAGON sent details about to AURELIA.

## Additional Drug Trafficking by AURELIA and VALDEZ

45. A review of ARAGON's phone revealed months of WhatsApp messages between ARAGON and AURELIA in which AURELIA directed ARAGON in what I believe to be drug trafficking and/or the movement of what I believe to be illicit drug proceeds.

46. In reviewing ARAGON's phone, I located four phone numbers that I believe were used by VALDEZ, as explained in detail later on in the affidavit. Three of these four phone numbers had substantive contact between VALDEZ and ARAGON. All four were saved as "Betany" in ARAGON's phone. All contact was via WhatsApp. I know based on the investigation that one moniker used by VALDEZ is "Beto" and I believe that "Betany" may have been a way for ARAGON to hide VALDEZ's true identity, but also remember whose number it was. Below is a timeline of the phones' contact with ARAGON shown in the phone download:

5216861872949: January 15, 2022 to April 1, 2022
5216961124284: January 31, 2022 to February 7, 2022 (no responses from ARAGON)
5216864269174: April 1, 2022 to May 24, 2022
5216861884557: May 25, 2022 to August 15, 2022.

47. The second phone had several instances of VALDEZ trying to reach ARAGON without ARAGON responding.

48. Excluding the second phone number, the other three numbers essentially show VALDEZ ceasing to use one phone and beginning to use the next phone shortly after. I know based on my training and experience that drug traffickers often change their phone numbers to avoid detection by law enforcement.

49. For the remainder of the affidavit, I will refer to all communication sent by these numbers as being sent by VALDEZ.

---

[3] The actual message provided GARAY's actual date of birth, according to her California DMV record. I have replaced the month and day with "MM:DD" in the message to avoid unnecessary public disclosure of GARAY's date of birth.

50. The following paragraphs have some examples of what I believe to be illicit communication between ARAGON and AURELIA or ARAGON and VALDEZ in furtherance of their drug trafficking conspiracy, but are not every example I found in reviewing ARAGON's phone.

51. On January 15, 2022, AURELIA sent ARAGON WhatsApp messages that I believe show she was directing him in drug trafficking. Below is a transcription of some of that communication:

AURELIA: *Con Luis*
AURELIA: *De parte de Felipe*
AURELIA: *Only one box*
AURELIA: *To him*
ARAGON: *The girl ain't answering*
AURELIA: *Which one*
ARAGON: *Nvm*
ARAGON: *She answered*
ARAGON: *And talked to the guy already*
ARAGON: *So how many boxes are going up*
AURELIA: *Whatever is left*
ARAGON: *She said 3*
AURELIA: *Yes*
ARAGON: *And how am I gonna scale it*
ARAGON: *I don't' have a scale*
AURELIA: *Wym*
AURELIA: *Huh*
ARAGON: *Tonito told me to scale it*
ARAGON: *When it goes over here*
AURELIA: *Call toñito direct*

52. In the messages above, I believe that AURELIA was passing on a drug customer's information and the code of "De parte de Felipe," meaning on behalf of Felipe. This conversation also shows that ARAGON was separately talking to Tonito (meaning VALDEZ), who was also directing ARAGON for this deal. I believe that AURELIA directed ARAGON to go direct with Tonito (VALDEZ) because AURELIA and VALDEZ are partners in drug trafficking in addition to being married.  I know from my investigation that Tonito is a moniker used by VALDEZ.

53. AURELIA and ARAGON went on to discuss it further after they appeared to discuss whether or not Tonito had phone minutes:

ARAGON: *And how is victor going to get paid*
AURELIA: *Tu preocúpate por que llegue primero*
ARAGON: *So I get a room right*
AURELIA: *For what*
ARAGON: *To scale it out*

ARAGON: *And to put them away*
AURELIA: *Take them to vane*
AURELIA: *And have someone else take them not u*
ARAGON: *Wym*
ARAGON: *Someone else take them to vane ?*
AURELIA: *And u can go and weight them there*
AURELIA: *Like victor*
AURELIA: *Cause I don't want u to have anything*
AURELIA: *Cause vane was telling m*
AURELIA: *The kim was gonna snitch on u*
AURELIA: *The u told her the u didn't care if she snitch on I*
AURELIA: *U*
ARAGON: *She won't*
ARAGON: *Her family is scared*
AURELIA: *Mmmm*
ARAGON: *They're scared of everything*
AURELIA: *Scared of what*
ARAGON: *They're all paranoid*
ARAGON: *Idk*
AURELIA: *Mmm*
ARAGON: *That someone Is gonna go after them*
ARAGON: *If she snitched*
ARAGON: *She was always all paranoid*
AURELIA: *Mmm Pues de todos modos*
AURELIA: *Foros*

54. In the messages above, I believe when AURELIA told ARAGON that she did not want ARAGON to have anything, she was referencing drugs. I believe that she did not want ARAGON to risk physically having the drugs on him. AURELIA referenced the potential of "kim" cooperating with law enforcement (AURELIA specifically used the term "snitch") against ARAGON. While "Kim" could be a different female courier that I am not aware of, I believe this is likely a reference to FLORES, whose first name is "Kemberly." Kimberly would be a much more common spelling for the name and "Kim" would be short for Kimberly. I believe AURELIA wanted ARAGON to exercise extra caution in case FLORES (or whichever Kim AURELIA was referencing) had provided information about him to law enforcement.

55. On the evening of January 15, 2022, VALDEZ forwarded ARAGON a phone number. Just after midnight on the next day (January 16, 2022) VALDEZ sent ARAGON a message that read, "Ya les marco." The literal translation means, "I will call you." However, had VALDEZ placed a question mark on it, it would have meant, "Have you called them?" I believe in context, this is a better translation.

56. Shortly after, AURELIA appeared to follow up with ARAGON. Below is a transcription of that communication:

AURELIA: *Lmk when the work is done!*
ARAGON: *Is he giving paper*
AURELIA: *(Deleted by the sender)*
AURELIA: *Nooo*
ARAGON: *Mmmm*
ARAGON: *Yes or no*
AURELIA: *No*

57. On the afternoon of January 16, 2022, ARAGON sent VALDEZ a message that said "No tienes foto de los azules" which translates to "You don't have a picture of the blues". I believe ARAGON meant this as a question. Blues is a common term for M-30 pills, which are typically counterfeit oxycodone pills containing fentanyl. These pills are most commonly and historically blue in color.

*58.* On January 18, 2022, ARAGON appeared to discuss fentanyl pills with AURELIA by asking her "*Is tonito gonna give me anything from the blues*" and "*Atleast 50 so I can pay victor what I gave him.*" ARAGON later stated "*I just did it cause tonito said he wanted them gone and I told him the price they wanted to pay*" and "*I just sold them cause he wanted them to get rid of them.*" ARAGON also told AURELIA, "*Well tell tonito to wait on the blues till I talk to the guy to see if he wants to pay them at 750 cause if not so he can send them to phoenix.*"

59. On January 21, 2022, AURELIA again appeared to direct ARAGON in drug trafficking:

AURELIA: *Who has the things*
ARAGON: *Victor*
AURELIA: *I though a girl was with u*
ARAGON: *He's waiting for the girl*
ARAGON: *Nooo*
AURELIA: *So who's gonna go with victor*
ARUELIA: *?*
ARAGON: *Himself*
AURELIA: *Is he goin rite now or tomorrow*
ARAGON: *Right now he wanted to go right now*
ARAGON: *So he won't wait for me*
AURELIA: *Tell him to go speed limit*
ARAGON: *Yeah he knows*

60. A review of ARAGON's communication over WhatsApp with VALDEZ showed the two discussing what I believe to be the same instance of drug trafficking after 11:00p.m. on January 21, 2022. ARAGON sent VALDEZ a photograph of a California Driver's License belonging to VICTOR MANUEL SANCHEZ AYON of McFarland, California. VALDEZ replied, "Okey." A little over an hour later at approximately 12:24 a.m. on January 22, 2022, VALDEZ sent ARAGON a phone number of +1 (928) 399-1194. VALDEZ then sent a voice memo. I reviewed the voice memo and recognized the voice

22

as the same voice associated with VALDEZ's other voice memorandums and the ones sent to FLORES on July 27, 2021.

61. At 2:00 am., ARAGON sent AURELIA a message that said, "The girl don't answer."

62. ARAGON and VALDEZ exchanged multiple messages between 2:13a.m. and 2:15a.m., including VALDEZ stating "Vieja pendeja no contesto," meaning the old bitch didn't answer.

63. At 7:35 a.m., VALDEZ sent ARAGON a message that said, "5132 w Avalon". I found a money service business transfer record in which someone named JESSICA E LUNA sent $500 to AURELIA. LUNA listed her address as 5132 W Avalon Dr, Phoenix, Arizona when sending the money.

64. ARAGON replied to VALDEZ at 7:43 a.m. with "He's outside already" and at 7:44 a.m. "Ya esta afuera" which means the same thing in Spanish. VALDEZ replied, "Okey".

65. ARAGON and AURELIA then had the following exchange:

ARAGON: *He's outside already* (7:44 a.m.)
AURELIA: *What car is he drivin* (7:44 a.m.)
ARAGON: *Grey Hyundai* (7:44 a.m.)
ARAGON: *He's in the driveway* (7:44 a.m.)
AURELIA: *Kk* (7:44 a.m.)
AURELIA: *Tell him to get off and knock* (7:46 a.m.)
ARAGON: *They know he's going* (7:46 a.m.)
AURELIA: *Yes* (7:46 a.m.)
AURELIA: *She's in the restroom* (7:47 a.m.)

66. AURELIA went on to tell ARAGON to have Victor wait and stated, "And yesi is gonna give him some paper." ARAGON told AURELIA that, "Tonito said that if they don't answer he was just gonna leave the stuff there." After numerous messages back and forth regarding the delivery, AURELIA went on to tell ARAGON, "If they don't answer we are just gonna leave the things there with yesi." I believe "Yesi" is likely a nickname for JESSICA LUNA.

67. At 10:05 a.m., VALDEZ forwarded a message that in part had an address. I believe the address to be a gas station in Glendale, Arizona less than 7 miles from the W Avalon Drive address in Phoenix.

68. That afternoon ARAGON asked AURELIA, "the money where do I leave it." AURELIA responded, "With Brandon."

69. On February 12, 2022, AURELIA instructed ARAGON to call a phone number she forwarded him. AURELIA then instructed ARAGON to in part "send it from Walmart to Walmart" and said, "Jorge Herrera ruiz" and "That the name u gonna sent it too" "In el

centro." ARAGON later sent her a receipt showing that he had successfully sent Jorge Herrera Ruiz $1,900. I found a record showing that on February 12, 2022, ARAGON sent $1,884 to a Jorge Herrera Ruiz with an address in El Centro, California. I believe the difference in money may have been a fee charged by the money remitting service to send the money. I found instances of the same Jorge Herrera Ruiz receiving money from others located in Arizona; New Mexico; El Centro, CA; and Bakersfield, CA. Below is the photograph of the receipt sent by ARAGON to AURELIA:



70. On February 13, 2022 ARAGON and AURELIA discussed what I believe to be methamphetamine. Below is a transcription of that conversation:

ARAGON: *What price do u have the waters for in LA*
AURELIA: *900*
ARAGON: *U have a lot*
AURELIA: *Y*
ARAGON: *(Aragon sent a screenshot of a conversation between himself and another where in Spanish the other person states "las aguas" which means the waters. The other person then stated "Yo le aggaro la que tenga" which means I will grab what you have. The other subject had. A person (presumably ARAGON) asked "a que precio le serveria bien" which means what price would work for you. The other person stated that if the other subject paid 750 that person could grab as many as he wanted. This person then told the other person (believed to be ARAGON) that his partner bought 143 waters the past week)*

24

AURELIA: *Si pero no las voy a ir a vender todas d un putazo (Which means, I am not just gonna sell them all at once)*
AURELIA: I don't trust the people the buys by a lot
AURELIA: *Son bañadores*
AURELIA: *Bajadores (which means rip-crew)*

71. Based on my training and experience, "waters" is a very common code name for methamphetamine. I know based on my experience in drug trafficking investigations and prices in the area at the time that AURELIA and ARAGON are likely discussing price per pound and that AURELIA charged $900 per pound of methamphetamine. I consulted with the UC, who is very experienced in drug trafficking investigations and fluent in the Spanish language about the term "Bajadores." The UC told me that the term refers to someone who would rob you. The HSI agent who reviewed the Spanish portion of this affidavit told me that bajadores means rip-crew, which would be a group of people who steal drugs and/or money from drug traffickers in this context. I believe that AURELIA is saying that she thought that when a person ordered a large quantity drugs from you, they may be trying to rob you of those drugs. I believe the fact that she has this opinion shows her experience in drug trafficking. After more discussion, the conversation continued:

AURELIA: *Remember what happen with Kim*
ARAGON: *What about the price*
ARAGON: *Ik*
AURELIA: *The price r gonna go up again*
AURELIA: *That's y people is trying to buy by a lot too*
ARAGON: *I don't want nothing I'll make my money taking the money*
AURELIA: *So we holdin them*
ARAGON: *So I tell him I'll let him know*
AURELIA: *Yea*
ARAGON: Kk

72. When AURELIA brings up what happened with "Kim," I again believe she is referencing FLORES and the methamphetamine seizure from her. I also believe that AURELIA is talking about the price of methamphetamine rising in the future and so that "we" (believe to mean her and VALDEZ) were holding onto their methamphetamine to wait for the price to rise so they could make more money, and also to avoid the risk of having the drugs stolen or seized if the untrusted potential buyer turned out to be working with law enforcement or part of a rip-crew (bajadores).

73. The next day (February 14, 2022), the conversation continued:

AURELIA: *Did u tell ur friend*
AURELIA: *I can give them too u for 800*
AURELIA: *No less*
ARAGON: *No u said u we're gonna let me know*

74. ARAGON agreed to tell his friend (the price) in the morning. The next day, which was February 15, 2022, ARAGON told AURELIA, "He said he gets them at 750 already" and AURELIA replied, "That's good" and "Yeah I won't sell cheaper then that."

75. On February 24, 2022, I believe ARAGON used coded language to again ask AURELIA about methamphetamine prices:

ARAGON: *How much are the windows in Phoenix*
AURELIA: *900*
ARAGON: *This guy offering me 2300 (emoji)*
AURELIA: *That's a cop*
ARAGON: *No I know him*
ARAGON: *I was locked up with him*
AURELIA: *No matter*
ARAGON: *He's from texas that's y*
AURELIA: *Mmm or bajadores*

76. I have also heard the term "windows" as code for methamphetamine. I believe that ARAGON clarifying he needed the price from Phoenix shows that AURELIA had drugs in more than one city. Based on my investigation, I believe the other place was Los Angeles. When ARAGON said a guy was offering him 2300, I believe he meant $2,300 a pound. I believe AURELIA's response of that's a cop means she thought only a cop would pay that price. I also believe it shows they are discussing something illegal because if ARAGON and AURELIA were looking to sell actual windows in Phoenix, they would not need to worry about law enforcement buying the windows. AURELIA again brought up the term "bajadores," which based on the UC's explanation likely means she was suggesting ARAGON's friend could be trying to rob him.

77. On March 4, 2022, AURELIA told ARAGON that "There's like 6000" that ARAGON could pick up.

78. On April 6, 2022, AURELIA sent ARAGON her bank account number and her name of "Aurelia aragon ayon." She also sent VALDEZ's true name and bank account number in the following two messages:

AURELIA: *[account number]*[4] *this under toñito as well bancomer bank*
AURELIA: *His name ricardo antonio valdez reyes*

79. ARAGON later sent her a photograph of a receipt showing that he transferred $1,500 to her. ARAGON told AURELIA he would send the rest of the money the following day.

80. On April 10, 2022, AURELIA forwarded ARAGON a phone number and asked him to "zell" Jennifer Medina "100."

---

[4] AURELIA provided the actual account number in the text message.

81. On April 11, 2022, ARAGON asked AURELIA if she wanted him to "cross it." She later tells him, "Well u can cross it if u gonna stay." The next day AURELIA told ARAGON, "Thank u for bringing the paper." Based on my training, experience, and knowledge of this investigation, I believe crossing it meant whether or not ARAGON was going to bring money to AURELIA in Mexico. I believe "paper" is code for money.

82. On April 19, 2022, I believe ARAGON and AURELIA were discussing female drug couriers. Below is a transcription:

ARAGON: *That's y u shouldn't send girls to take stuff like that*
ARAGON: *When it's sales*
AURELIA: *Well they told toñito us was good people*
AURELIA: *So yeah*
AURELIA: *And who cares if we are girl*
AURELIA: *I had always made deals*
ARAGON: *But not all girls are like u*
AURELIA: *And I'm good at it*
AURELIA: *(Quoting ARAGON's message of But not all girls are like u) Well yeah*
ARAGON: *Guys get more scared to do shit like that to guys*
ARAGON: *Bc me when they give me the money I check it before I leave or anything*
ARAGON: *No matter who it is*
ARAGON: *Even Rudy last time was like wtf cause I was there for 5 minutes looking at it carefully*
ARAGON: *Cause it was all 100*
AURELIA: *Well u do that before u give the stuff*

83. On May 3, 2022, it appeared that ARAGON delivered drugs to Arizona. AURELIA begun the conversation by telling ARAGON, "U have to follow directions to gila bend towards phoniex." After some discussion, ARAGON sent a picture of a GPS showing his route to Phoenix, Arizona. AURELIA then directed him to where what I suspect to be drugs should be delivered:

AURELIA: *U takin 2 boxes with bolo*
ARAGON: *What*
AURELIA: *And one to yesi*
AURELIA: *The one with the I* (or possibly a lower case L)
AURELIA: *In blue*
ARAGON: *I know*
AURELIA: *Is goin go to yesi*

84. ARAGON went on to ask AURELIA "Are they giving me paper," and AURELIA responded, "No." ARAGON later told AURELIA that he almost crashed and died. Shortly after asking follow up questions she directed him, "Go straight to drop that off." ARAGON followed up with AURELIA to let her know he had finished the delivery. I believe here that ARAGON was asking if he needed to accept payment for the drugs or not using the term "paper" for money.

27

85. On May 4, 2022, ARAGON asked AURELIA, "When is the compadre gonna come for the things I have here." After AURELIA told ARAGON she was going to ask Tonito, she asked "What things"? ARAGON responded "The other box I have" and "That I picked up last week." ARAGON appeared to follow up on May 5, 2022 after asking if the "compadre" was going to come with "Its only like a p and half I think." I believe ARAGON was storing a box of drugs at the time. I know from training and experience that "p" is a common term for pound.

86. On May 21, 2022, ARAGON sent AURELIA the following photograph and the two had the following follow up conversation:



ARAGON: *Which bag fit a pound*
ARAGON: *The bigger ones or small ones*
AURELIA: *Small*
AURELIA: *Barely*
AURELIA: *And the other ones will have extra*
AURELIA: *Space*
ARAGON: *So which one do I use*
AURELIA: *Will go with the big ones*

AURELIA: *Well*
AURELIA: *Toñito said to put them in the small*
ARAGON: *I'm trying to find someone rn to take the stuff*
ARAGON: *Bc I go in at 6*
AURELIA: *What stuff*
ARAGON: *And they're hell far all the way in south gate*
AURELIA: *And where too*
ARAGON: *The 10 girls*

87. In this instance, I believe ARAGON was looking for advice on which types of bag in which to package pound quantities of drugs. AURELIA appeared to consult VALDEZ (called Toñito in this instance) too.

88. It appeared based on the remainder of the conversation (not quoted above) that AURELIA arranged for a female courier to meet ARAGON and deliver drugs to Southgate that ARAGON was referencing.

89. On May 23, 2022 ARAGON and AURELIA had the following conversation:

ARAGON: *It's hella hot w highway patrol rn*
AURELIA: *Wat happen*
ARAGON: *I came to la*
ARAGAON: *And the people only had enough to pay for 3*
ARAGON: *So I didn't give them*
ARAGON: *Now I'm driving back w all of them*
AURELIA: *Oh ok*
AURELIA: *R u sure*
ARAGON: *Sure about what*
AURELIA: *Goin back with them*
ARAGON: *Tonito is the one who said to take them back*

90. I believe that in this conversation ARAGON is telling AURELIA that he brought more drugs than the customers had money to pay for. AURELIA's concern about law enforcement and whether ARAGON should be driving back with them showed that she knew that what ARAGON had was illegal. I also believe VALDEZ (Tonito) was directing ARAGON in this delivery ("Tonito is the one who said to take them back").

91. On May 26, 2022, ARAGON appeared to travel to Los Angeles to meet with a woman named SAMANTHA VELASCO ("VELASCO") to pick up drugs, based on communications on ARAGON's phone as detailed in part below. Below is a transcript of a portion of ARAGON's conversation with AURELIA:

ARAGON: *Is it a lot of boxes or no*
AURELIA: *They're pieces*
AURELIA: *32*
AURELIA: *And 1 box*

ARAGON: *The pieces are in a box?*
AURELIA: *32 pieces sueltas*
AURELIA: *By one*
AURELIA: *And one box*
ARAGON: *U don't want to send the compadre instead*
ARAGON: *That's a lot for me*

92. It appeared above that ARAGON was concerned with transporting too large of an amount of drugs ("32 pieces").

93. AURELIA then told ARAGON that she was going to tell Tonito and ultimately she told ARAGON that she would send her compadre. ARAGON responded, "Ok yeah sorry I just don't want to risk it with that much." AURELIA later directed ARAGON to "Send it" "We picked up" "Already." ARAGON then sent a screenshot showing that he paid VELASCO (who he had saved as "Gueraaa" in his phone).   I believe from my training, experience, and knowledge of this investigation that VELASCO is a courier and that ARAGON was confirming to AURELIA that he paid VELASCO for her role in transporting and storing the drugs.



94. A review of the WhatsApp communication between ARAGON and VELASCO in ARAGON's phone download showed the communication between the two on May 26, 2022 regarding this deal. Their conversation included where to meet and VELASCO asked ARAGON to meet him at her house. In the afternoon ARAGON reached back out to VELASCO and said he would pay her. She asked for Walmart to Walmart and ARAGON asked if she had Apple Pay or CashApp. She replied that she had both. They then switched to normal text messaging where ARAGON confirmed it was the right phone number and told her he did not think it would let him send the other $500 until the next day.  Back on WhatsApp, VELASCO asked for 2000 (meaning $2,000). After ARAGON indicated the money was sent, VELSACO sent a voice memo in English informing ARAGON that she was in the middle of verifying her information for Apple Pay and that it did not let her do the verification "because Beto was calling." She went on to say she did it again after she hung up with Beto. At the end of the voice memo, she said it went through. She then sent the following screenshot:



95. Further review indicated that ARAGON communicated with VELASCO via WhatsApp from early April 2022 to May 26, 2022. On April 9, 2022, the two discussed what I

31

believed to be ARAGON sending VELASCO money via a money service business transfer. Below is a transcription of that conversation:

VELASCO: *6263623582*
ARAGON: *Does it ask for a city*
VELASCO: *(Sent a photograph with a portion of her driver's license that had her true name, address, and date of birth).*
VELASCO: Sent a voice memo indicating she was in Chino, but her license said she was in El Monte. She instructed ARAGON to put the address on her license so it matched.
ARAGON: Alright then give me like an hour or 2 the most I'm just doing some errands but I'll send it by today fs (meaning for sure).

96. The two continued to discuss this transaction later on April 9, 2022. This communication included ARAGON saying that if he did not make it to Walmart then he would send "1500" that day and the rest the next day. ARAGON later said the Walmart was closed and that he would try to send 1500 through "zelle." ARAGON then said his bank's ATM was not working so the two decided to meet in person. Below is a transcript of that conversation:

VELASCO: *I'll met you have way*
ARAGON: *Alright then yeah that's better*
ARAGON: *Do you want to meet at six flags?*
VELASCO: *Perfect and I'll take you the 2 boxes*
ARAGON: *Yeah he just called me*

97. Later it appeared they met. ARAGON sent VELASCO a pin drop and said "It's the hotel parking lot" and "I'm in black bmw." There was no further communication that day.

98. On May 15, 2023, ARAGON sent VELASCO a WhatsApp message that read, "hey they told me to txt u." The two then discussed meeting the next day and VELASCO asked, "R u paying me when you pick up?" ARAGON responded "Not that I know of" and "They haven't said anything." VELASCO responded, "He said we are dropping off." ARAGON responded "Huh?" VELASCO then forwarded ARAGON a voice memo. I listened to the voice memo, which was in Spanish, and recognized the voice as belonging to VALDEZ. After VELASCO tried to call ARAGON, ARAGON asked if he was still meeting VELASCO and "did he call u?" VELASCO responded affirmatively and said ARAGON was coming to her house and provided the address in Chino, California. Later the two appeared to have trouble hearing each other via WhatsApp call because ARAGON asked her "Can u call me through regular." She responded "What box" and ARAGON replied "It's fine I'll open it when I get there." Once ARAGON was at her house, VELASCO indicated she was not home and that her husband would get it for him. ARAGON asked her to have her husband bring a knife after he confirmed he was going to open the box. VELASCO also said, "Beto said your (sic) sending me paper later right?" ARAGON responded "Not that I know of" and "He hasn't told me anything." VELASCO said, "Ok I'll tell him again." A few minutes later she forwarded a WhatsApp message from VALDEZ. The words "cuñado (meaning brother in law)" and "dinero" (meaning money)

were amongst the words I heard. ARAGON responded "He'll probably tell me right now." VELASCO instructed ARAGON to put the money in her husband's bank account. ARAGON indicated it would be the following day.

99. On May 16, 2023, VELASCO asked ARAGON about method of payment and ARAGON responded "How much were they going to send" and "They still haven't told me anything." VELASCO responded "750 I got 2250 yesterday so he owes me 750" and "I'll text him." VELASCO then forwarded a voice message from VALDEZ. ARAGON responded, "Yeah they just told me." After this, they made arrangements for the payment.

100.     It appears that it was AURELIA with whom ARAGON consulted with to get directions to pay VELASCO. Below is a transcript of communication between AURELIA and ARAGON, which began a few minutes before ARAGON told VELASCO, "Yeah they just told me."

ARAGON: *Am I sending anything to the guera?*
ARAGON: *She keeps asking me*
AURELIA: *Yes 1000*
ARAGON: *She said 750*
AURELIA: *750*
ARAGON: *Yeah*
AURELIA: *Zelle them to her*
ARAGON: *Kk*
ARAGON: *6,900 right*
ARAGON: *Gonna zelle her 750*
AURELIA: *Yes*
ARAGON: *So 6,150 left*
AURELIA: *Yes and yes*
ARAGON: *And u want me to send all that*
AURELIA: *Yesss*
ARAGON: *Can't I only send 1,500?*
ARAGON: *I'm calling mely she don't answer*
AURELIA: *Yes*
ARAGON: *So 4 people need to send*
ARAGON: *And still gonna be 150 left*
AURELIA: *Yes*
ARAGON: *Or like 90$ left*
ARAGON: *Bc it charges 15$ for every 1500*

101.     AURELIA tried to call ARAGON, who said he was on the phone with a school. ARAGON then told AURELIA that "they're saying they can't right now" "and thag mely has class" and "And idk what." They then had the following exchange.

AURELIA: (Account Number)
AURELIA: *Bancomer*
AURELIA: *Bank*

33

AURELIA: *Ricardo Antonio valdez Reyes*
AURELIA: *That's toñito account.*
ARAGON: *I already have both ur guys*
ARAGON: *Accounts on my thing*
ARAGON: *Tell vane the info*
AURELIA: *Yes but not the bancomer one*
ARAGON: *U don't want me to just take it tomorrow*

102.     AURELIA went on to instruct ARAGON to send one to her and one to toñito of "1500 and 1500." She wanted one deposit sent that day and one the following day. The two then had a lengthy back and forth involving ARAGON using who I believe to be family members and a friend to move the money. It appeared ARAGON and "mely" (believed to be his mother, MELICIA AYON FERNANDEZ) made a successful deposit into an account belonging to "toñito". The conversation included AURELIA sending a photograph of a BanCoppel debit card with "Aurelia aragon ayon" and "To my bank account." The conversation ended with the following exchange:

AURELIA: *R u gonna put that*
ARAGON: *Yeah I'm waiting on my friend*
AURELIA: *Mmm ok*
ARAGON: *There*
ARAGON: *U got it*
ARAGON: (Sent a photograph of a receipt showing the sender as VICTOR MANUEL SANCHEZ AYON and the beneficiary as AURELIA ARAGON AYON for $1,500 plus fees).
AURELIA: There got it.

103.     I located a record that showed that on May 16, 2022, VICTOR MANUEL SANCHEZ AYON sent $1,500 via Intermex to AURELIA ARAGON AYON.

104.     On August 10, 2022, ARAGON and VELASCO communicated via normal text messages. ARAGON sent her a link to an address, which based off the link address appeared to be a hotel in Valencia. VELASCO replied "Hey what happen." The next day she sent a message that said her name and the city of El Monte. ARAGON responded that he just sent it and then sent the following photos, which appeared to depict at least one receipt:



105.     Velasco responded, "Thank you mijo." Mijo translates to "my son,' but can also be used as a slang term of endearment.

106.     I believe the paragraphs above involving VELASCO show that she primarily communicated with "Beto," who is VALDEZ, while ARAGON talked to both AURELIA and VALDEZ. It appeared that when ARAGON used the word "they," he was referring to AURELIA and VALDEZ and when the two said "he," I believe they were referring to VALDEZ.

107.     On June 20, 2022, ARAGON sent AURELIA the following photograph. The ensuing conversation is transcribed below the photograph:

**[CONTINUED ON NEXT PAGE]**



AURELIA: *Yeah*
AURELIA: *We know*
AURELIA: *It don't work*
ARAGON: *U see the difference*
AURELIA: *Dany put hands on it*
AURELIA: *SMH*
ARAGON: *Who*
ARAGON: *I knew I wasn't trippen*
AURELIA: *Vianeys uncle*
ARAGON: *Mmm*
AURELIA: *Only the one*
ARAGON: *Yeah it doesn't work for shit*
AURELIA: *Yes*
AURELIA: *I told toñito already*
ARAGON: *Yeah bc In pictures u can barely tell*
ARAGON: *But in person u can see it more*
ARAGON: *It has like a yellow tint to it*
AURELIA: *He call the other guy the one the sold him that*
ARAGON: *And the other was pure white*

108.    AURELIA mentioned to ARAGON that she told Tonito already. A review of
ARAGON's phone showed WhatsApp communication with VALDEZ in which
ARAGON appeared to also discuss this issue with the drugs with VALDEZ on June 18,
2022 (two days prior to the messages with AURELIA).  That conversation started with
ARAGON sending VALDEZ a video. Below are two screenshots from that video:





109.     After the video, ARAGON said "El primero es de la ultimata ves," which means the first one is from the last time. After VALDEZ responded with an audio message, ARAGON said "Si en persona se Mira mas Amarillo," which means that it looks more yellow in person. ARAGON also said "Y lo probe y no pega," which means and I tried it and it does not kick. ARAGON also said "Y tambien un primo q tambien provo el otro dijo q no pego," which means in summary that ARAGON's cousin tried it and it did not get him high. In reviewing the accuracy of the Spanish, the HSI agent, who is an experienced drug investigator, noted that the word "pega," when referencing drugs is a commonly used slang term to reference the potency of the substance in getting the end user high.

110.      VALDEZ responded with a voice message.

111.      Below is an additional excerpt from the conversation between ARAGON and
AURELIA about this suspected drug on June 20, 2022:

ARAGON: *So what u gonna do with it*
ARAGON: *Well tonito needs to do sum things about it*
ARAGON: *Bc with that it's a lot of money involved*
ARAGON: *More than the other thing*
ARAGON: *If out here guys my age get killed for that*
AURELIA: *Yes well they have to pay him*
AURELIA: *Or change it*
ARAGON: *He thought he wasn't going to notice or what*
AURELIA: *Cause he made the deal with vianeys dad*
AURELIA: *Not chute*
ARAGON: *It's not the ones that he showed me a picture of?*
ARAGON: *The 2 pillows*
AURELIA: *No*
AURELIA: *Those are diferente (meaning different)*
AURELIA: *He didn't get the 2 bricks from someone else*
AURELIA: *Those come from panama*
AURELIA: *He got those 2 balls before the pillows*
ARAGON: *And when r those coming in*
AURELIA: *They already there*
AURELIA: *With compadre*
ARAGON: *How much the oz*
AURELIA: *We need clients for them bricks*
ARAGON: *We not breaks them*
ARAGON: *Bc I want my friend from Tennessee to try it*
AURELIA: *We want to sell those like that*
ARAGON: *They like the window*
ARAGON: *A lot*
AURELIA: *Well those they are good*
AURELIA: *We haven't had no problems with the windows*
ARAGON: *But he's buying weed right now to flip over there y no tiene to invest*

112.      After the two discuss this prospect for multiple messages, AURELIA indicates a
good price for them would be "Like 25."

113.      Based on my training and experience, I believe the substance that ARAGON is
complaining about being yellow is likely cocaine. It physically resembles cocaine and
AURELIA mentioned "2 bricks" coming from Panama. Bricks is a common term for
kilograms, which is a common size for cocaine to be distributed in (versus pounds). I also
know that cocaine is typically imported into Mexico from Central and South America and
that Panama borders Colombia, a major cocaine producer. Further, AURELIA and
ARAGON talked about a prospective customer in Tennessee liking "the window," which

I again believe is a code term for methamphetamine. AURELIA responded that those (meaning windows) were good and that they had not had any problem with the windows. It appeared that whatever drug they were discussing was distinctly different than the windows, which I believe to be a reference to methamphetamine. When AURELIA says a good price would be "Like 25," I believe she is saying that $25,000 per kilogram ("brick") of cocaine would be a good price to sell them at in order to make a good profit.

## Additional Drug Trafficking by VALDEZ

114.     While examples have already been cited of specific instances where AURELIA and VALDEZ directed drug trafficking together, the majority of the communication between ARAGON and VALDEZ involved VALDEZ sending ARAGON addresses, phone numbers, and instructions on who to call on behalf of. I know based on my training and experience that drug traffickers use this method in order to arrange drug transactions. VALDEZ also sent numerous voice memorandums to ARAGON. In examples where VALDEZ sends ARAGON a phone number and a name to call on behalf of, I know from training and experience that ARAGON would likely then do that himself or direct a courier to do so. The person whose number VALDEZ was sending could either be the person with the drugs or the intended customer. An example of this already shown in the affidavit was when AURELIA and VALDEZ worked with ARAGON to direct SANCHEZ to deliver drugs in Arizona. When the customer or holder of the drugs receives a call from ARAGON (or whomever is picking up and/or delivering) and that person says they are calling on behalf of the person's name passed by VALDEZ, that person would know that the call was related to a prospective drug deal they presumably would have heard about from their boss or supplier.

115.     Below are some examples of that communication or general drug trafficking discussions between VALDEZ and ARAGON, but are not the only examples from ARAGON's phone.

116.     On February 4, 2022, VALDEZ forwarded a phone number to ARAGON. VALDEZ then forwarded a message that read "De parte del wuero," which translates to on behalf of wuero. I believe "wuero" is a typo for Guero, which a common nickname for someone with a fair complexion. Guero would phonetically be spelled wuero.

117.     On February 18, 2022, VALDEZ forwarded a phone number to ARAGON and then forwarded him a message that read, "De parte del pariente," which translates to on behalf of the relative. While pariente translates to relative, I also know that Pariente is sometimes a moniker for an individual person.

118.     On February 19, 2022, VALDEZ sent a phone number to ARAGON and then followed up with a message that read, "Yesi departe de toño." I believe that "Yesi" is likely a reference to JESSICA LUNA and "toño" is likely a reference to VALDEZ.

119.    On March 9, 2022, VALDEZ forwarded ARAGON an address of 1807 W Katella Ave with a link, which would have pulled up the location if ARAGON clicked on it. They then had the following exchange about the address:

VALDEZ: *Como (tic mark) bamos* , which translates to how are we doing
VALDEZ: *Cuñado* , which translates to brother in law
ARAGON: *Lego en 30* , which translates to I arrive in 30
VALDEZ: *Okey*
ARAGON: *Ya llege* , which translates to I arrived

120.    On April 12, 2022, VALDEZ sent a photo to ARAGON that appeared to be drugs and appears below:



121.    On May 20, 2022, VALDEZ forwarded the following photo that appeared to be drugs to ARAGON:



122.     On August 9, VALDEZ shared a contact for someone named Gorge Vargas and then sent an audio message. ARAGON replied, "De parte de quien," which means "on behalf of whom?" VALDEZ responded with a voice message that said in part, "de parte de Toño," which means on behalf of Toño, which I believe is a reference to VALDEZ.

123.     On August 10, 2022, VALDEZ forwarded a contact of someone saved as "Mecanico," which means mechanic, and then sent an audio message.

124.     On August 11, 2022, VALDEZ forwarded number in a message that read, "2179533323 con el viejon depart de la ave," which means with the old one on behalf of the bird.

125.     On August 11, 2022, I believe VALDEZ also directed ARAGON where to send drug proceeds. VALDEZ forwarded a phone number, then a name.

126.    On August 14, VALDEZ sent another name (Marshea Taylor). Later ARAGON said, "Si en la mana ava pasar por el papel," which translates to yes, tomorrow morning the bird will come by and pick up the paper. I believe the reference to paper is again money. The next day, ARAGON said, "Ese no es el nombre completo," which translates to that's not the full name. VALDEZ later forwards a picture of a message that appears to show how he received the name.



127.    I know based on my training and experience that those involved in drug trafficking use others to send and receive money on their behalf. I believe VALDEZ was working with a co-conspirator in this transaction, who was providing him names in which to send drug proceeds.

## Guns

128.    There were also instances of ARAGON forwarding photographs of guns to AURELIA or VALDEZ. I know based on my experience that guns are trafficked from the United States into Mexico because they are easier to acquire in the United States than in Mexico. I believe in these instances ARAGON is offering to acquire these guns for AURELIA and/or VALDEZ. On July 7, ARAGON forwarded a video of a rifle and two photographs of pistols to AURELIA. A screenshot from that video and the two pistols are below:



**[CONTINUED ON NEXT PAGE]**





45

129.    On July 25, 2022, ARAGON forwarded AURELIA the following photograph of what appear to be three AR pistols:



130.    On the same day, ARAGON also sent the same photograph to VALDEZ:

**[CONTINUED ON NEXT PAGE]**



131.    The message from ARAGON that says, "Si un compa los tiene a 900$" means yes one of my buddies has it at $900.

132.    The message from ARAGON that says, "Aya valen mas" means there (i.e., in Mexico) they cost more.

### *AURELIA and 5216863377551*

133.    For telephone numbers, 52 is the country code for Mexico. When a 1 follows the 52, that indicates the phone number is a cell phone. The remainder of the numbers follows the same format as United States based phone numbers in that there are 3 numbers that act as an area code and then 7 more phone numbers. AURELIA's phone number was 5216863377551, but that number could also appear as 526863377551 or 6863377551. I have observed the latter format for Mexico-based phone numbers frequently when reviewing money service business transactions. According to the Federal Communications Commission's website, when calling a Mexican mobile phone or landline from the United States, you must enter the + sign when using a mobile phone. Therefore, the phone number could also begin with a +52.

134.     I found five instances between 2021 and 2022 where "Aurelia Aragon Ayon" received money where the phone number provided for her was 526863377551. All of these instances involved a man named ORLANDO AVILA ("AVILA") sending her money. AVILA also sent money to AURELIA's husband, VALDEZ, and two other individuals in Mexicali (where AURELIA lives) listing this same phone number (526863377551).  I found 14 instances between 2021 and 2022 where an Aurelia Aragon Ayon or Aurelia Aragon received money where the phone number provided for her was 6863377551. All but one of those instances listed her date of birth as the same date of birth listed on AURELIA's California Driver's License (under the name Aurelia Ayon Guerrero). The remaining instance had no date of birth listed.

135.     A review of the phone download of ARAGON's phone showed multiple instances of AURELIA being associated with a WhatsApp account associated with 5216863377551. Examples include on August 13, 2022 where AURELIA either posted as a WhatsApp status or sent a selfie style video of her and VALDEZ and on August 15, 2022, when AURELIA either posted or sent a selfie of herself and VALDEZ with the words "my workout partner" accompanied by an emoji and "good morning." Other examples include on August 10, 2021 when ARAGON called her "aurelia" and on August 6, 2022 when AURELIA was directing ARAGON in sending money and said to him in part, "And my name" "Aurelia aragon ayon."

136.     When DEA Imperial County conducted a search of YANAGI's phone, they photographed the contact information for +52 686 337 7551, which displayed as "~Aurelia Aragon." Based on my knowledge of WhatsApp, I believe that name was inputted by the user (meaning AURELIA) in her WhatsApp settings and not by YANAGI.

### "Tonito/Betany" identified as VALDEZ

137.     The communication across all numbers I believe belong to VALDEZ is similar in that ARAGON saved all numbers as "Betany," and that VALDEZ sends multiple voice recordings. The voice recordings across all phone numbers sound like the same person. They also sound identical to the person on FLORES's phone directing the meeting that ultimately led to the seizure of methamphetamine from FLORES on July 28, 2021 in the Eastern District of California. Besides the voices sounding the same, VALDEZ refers to ARAGON as cuñado. While he often refers to ARAGON as "cuñado," which again means brother-in-law, he sometimes does so multiple times in a row. Examples include the two WhatsApp messages that ARAGON forwarded to FLORES on July 27, 2021 directing the recipient to be in Modesto at 8 in the morning. In the first of these two WhatsApp message, VALDEZ starts with "Cuñado cuñado." In this second message, he says cuñado approximately six or seven times before saying anything else.

138.     A review of ARAGON's phone revealed multiple WhatsApp voice messages sent from VALDEZ (saved as "Betany") to ARAGON. In a voice message sent on January 22, 2022, VALDEZ starts with "cuñado cuñado." On January 25, 2022, VALDEZ sent a voice message that only said, "cuñado cuñado cuñado" (with the recording ending before

he finished saying it the third time). On January 31, 2022, VALDEZ sent a voice message that only said, "cuñado cuñado cuñado cuñado." On February 16, 2022, VALDEZ started with another word or phrase but then said "cuñado cuñado cuñado cuñado." On April 12, 2022, VALDEZ sent a voice message that said only, "cuñado cuñado cuñado cuñado." On May 4, 2022, VALDEZ started a voice message with, "cuñado cuñado." On May 26, 2022, VALDEZ sent a voice message that ended with, "cuñado cuñado cuñado cuñado" (with the last instance being cut off as the recording ended). On June 26, 2022, VALDEZ sent a voice message that began with, "cuñado cuñado." Also on June 26, 2022, VALDEZ sent a message that began with, "cuñado cuñado cuñado cuñado." These examples in this paragraph spanned three phone numbers and all appeared to be the same voice. There are numerous other examples of VALDEZ referring to ARAGON in voice messages as "cuñado" without him saying it multiple times in a row. Based on my investigation, I believe ARAGON and AURELIA are brother and sister and that VALDEZ is ARAGON's brother-in-law (cuñado in Spanish).

139.     As cited previously in the affidavit, AURELIA provided VALDEZ's full true name to ARAGON as an identification of Tonito. I have reviewed official photographs for both VALDEZ and AURELIA and I know what they both look like.  I have also reviewed numerous photographs from AURELIA's Facebook, which she maintained as of March 10, 2023, under the display name of "Ayon Aure." I have observed numerous photographs depicting AURELIA and VALDEZ together on that Facebook page. AURELIA also posted a photograph on October 9, 2022 of her and ARAGON together, which was after his arrest in August of 2022. On January 20, 2023, I captured a screenshot of a picture of AURELIA and VALDEZ on AURELIA's Facebook page. At the time, her profile name was "RicardoyAure VA." Y is the Spanish word for and. I believe the profile name indicates that the account belongs to Ricardo and Aure, which I believe is short for Aurelia.  I also believe the "VA" is short for VALDEZ.

140.     I know that VALDEZ's birthday is April 3, 1984. This birth date appears on his nonimmigrant visa application and Bureau of Prisons (BOP) records. According to BOP records, VALDEZ was previously convicted of 21 USC 841 for possession with intent to distribute methamphetamine. A review of ARAGON's phone showed the following WhatsApp communication with AURELIA:

ARAGON: *When is tonito bday*
AURELIA: *April 3rd*

141.     On March 23, 2022 AURELIA sent ARAGON a flyer, which appears to be for a joint birthday party between "Toñito" and a child. Under Toñito's name it says "38 Años," which means 38 years. Because VALDEZ's birthday is April 3, 1984, he would have been 38 in 2022. The party was scheduled for April 2, 1984, (a Saturday) the day before VALDEZ's birthday.



142.     The examples above show that Tonito and VALDEZ are the same person. As previously explained in the affidavit, I also believe that Tonito/VALDEZ was the user of multiple phone numbers saved as "Betany" in ARAGON's phone. An example shown above was on January 21 and 22, 2022 when AURELIA and "Betany" (VALDEZ) directed ARAGON in the same drug trafficking transaction. ARAGON indicated to AURELIA that he had been given direction by Tonito (VALDEZ) during that deal.

**Arrest of AURELIA**

143.     On April 3, 2023, the Honorable Kendall J. Newman, United States Magistrate Judge for the Eastern District of California, issued a criminal complaint and arrest warrant for AURELIA for violations of 21. U.S.C. 841(a)(1) and 846. AURELIA was arrested on April 4, 2023 by the FBI pursuant to that warrant. During the arrest, agents seized the Device from her. According to an arresting agent, the lock screen photo on the Device appeared to depict AURELIA hugging VALDEZ. After being arrested AURELIA indicated that she and her "man" (believed to be VALDEZ) were not technically married yet.

## TRAINING AND EXPERIENCE REGARDING
## DRUG TRAFFICKERS AND CELLULAR TELEPHONES

144.     As a result of my experience and training, I have learned that traffickers who deal in various quantities of controlled substances, or those that assist in that venture, maintain and tend to retain accounts or records of those transactions.  Such records detail amounts outstanding, owed, or expended, along with records tending to indicate the identity of co-conspirators.  These records may be kept on paper or contained in memory calculators or computers.  It is also my experience that these traffickers tend to keep these accounts and records in their residence and in other areas under their control.  See United States v. Angulo-Lopez, 791 F.2d 1394, 1399 (9th Cir. 1986).  It is also my training and experience that where criminal activity is long-term or ongoing, equipment and records of the crime will be kept for some period of time.  See United States v. Greany, 929 F.2d 523, 525 (9th Cir. 1991).

145.     In my own training and experience, and from what I have learned by consulting with other agents, narcotics traffickers use handheld devices like "smart" phones and mobile telephones to communicate with one another to facilitate their drug trafficking, either by voice or text message.  Mobile telephones preserve in their memory a history of incoming, outgoing, and missed calls, which can lead to evidence of the telephone numbers of other narcotics traffickers and the dates and times that they and/or the mobile telephone user dialed one another's telephones.  Mobile telephones also contain in their memory a telephone book. This allows the user to store telephone numbers and other contact information; the information stored in a telephone used by a narcotics trafficker is evidence of the associations of the narcotics trafficker, some of which are related to his or her illegal business.  Mobile telephones also contain in their memory text messages sent, received, and drafted by the mobile telephone user.  The text message history of a narcotics trafficker's mobile telephone can contain evidence of narcotics trafficking because it shows the communications or planned communications of a narcotics trafficker and the telephone numbers of those with whom the narcotics trafficker communicated or intended to communicate.  Mobile telephones also have a voicemail function that allows callers to leave messages when the telephone user does not answer.  Narcotics traffickers sometimes leave voice messages for each other and this is evidence both of their mutual association and possibly their joint criminal activity.  Mobile telephones can also contain other user-entered data files such as "to-do" lists, which can provide evidence of crime when used by a narcotics trafficker.  Mobile telephones can also contain photographic data files, which can be evidence of criminal activity when the user was a narcotics trafficker who took pictures of evidence of crime.  Mobile telephone companies also store the data described in this paragraph on their own servers and associate the data with particular users' mobile telephones.  In addition, all of these functions are/can be found on a "smart" phone or similar handheld device, as well as evidence of email communications.  Because there is probable cause to believe that the above mentioned targets were engaged in the trafficking of controlled substances, including counterfeit pharmaceutical tablets containing fentanyl and methamphetamine, I believe that there is probable cause to believe that the Device seized incident to arrest and pursuant to the execution of search warrants were used to conduct drug trafficking

business, and that information and records relating to these activities will be found stored in the cellular telephones.

146.    Based on my training and experience as a FBI Special Agent, and upon the shared experience of other agents and officers with whom I have worked, I am aware that it is common practice for individuals involved in the trafficking of narcotics to rely on the use of telephones, and particularly cellular telephones to effectuate their scheme. I also know that it is common for those involved in narcotics trafficking to communicate with suppliers and distributors.

147.    Based on my experience and training and conversations with other law enforcement officers, I know that searching photographs and videos can help corroborate firearms possession as it is not uncommon for drug traffickers to photograph or record themselves with firearms.  I am also aware that illegal drug dealers will often possess firearms as a means of intimidation as well as for protection against other illegal drug dealers, rival criminal organizations, and law enforcement.  I also know that illegal drug dealers frequently take photographs and/or videos of their firearms, narcotics, and associates.  These photographs are then commonly shared and posted to the internet using social media sites such as Facebook, Instagram, and Snapchat.

148.    It is my opinion, based on my training and experience, and the training and experience of other law enforcement investigators to whom I have spoken, that the items listed in **Attachment B** are items most often associated with communications among drug traffickers during a conspiracy.

149.    The Device is currently in the lawful possession of the law enforcement in the Eastern District of California.

## TECHNICAL TERMS

150.    Based on my training and experience, I use the following technical terms to convey the following meanings:

   a.    Wireless telephone:  A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless Device used for voice and data communication through radio signals.  These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones.  A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the telephone.  In addition to enabling voice communications, wireless telephones offer a broad range of capabilities.  These capabilities include: storing names and telephone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet.  Wireless telephones may also

include global positioning system ("GPS") technology for determining the location of the device.

b.  Digital camera:  A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film.  Digital cameras use a variety of fixed and removable storage media to store their recorded images.  Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader.  Removable storage media include various types of flash memory cards or miniature hard drives.  Most digital cameras also include a screen for viewing the stored images.  This storage media can contain any digital data, including data unrelated to photographs or videos.

c.  Portable media player:  A portable media player (or "MP3 Player" or iPod) is a handheld digital storage Device designed primarily to store and play audio, video, or photographic files.  However, a portable media player can also store other digital data.  Some portable media players can use removable storage media.  Removable storage media include various types of flash memory cards or miniature hard drives.  This removable storage media can also store any digital data.  Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

d.  GPS:  A GPS navigation Device uses the Global Positioning System to display its current location.  It often contains records of the locations where it has been.  Some GPS navigation device can give a user driving or walking directions to another location.  These device can contain records of the addresses or locations involved in such navigation.  The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth.  Each satellite contains an extremely accurate clock.  Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers.  These signals are sent by radio, using specifications that are publicly available.  A GPS antenna on Earth can receive those signals.  When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

e.  PDA:  A personal digital assistant, or PDA, is a handheld electronic Device used for storing data (such as names, addresses, appointments or notes) and utilizing computer programs.  Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail.  PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data.  Removable storage media include various types of flash memory cards or miniature hard drives.  This removable storage media can store any digital data.  Most PDAs run computer software, giving them many of the same capabilities as personal computers.  For example, PDA users can work with word-processing documents, spreadsheets,

and presentations.  PDAs may also include global positioning system ("GPS") technology for determining the location of the device.

    f.  Internet: The Internet is a global network of computers and other electronic devices that communicate with each other.  Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

151.    Based on my training, experience, and research, I believe that the Device may have capabilities that allow it to serve as a wireless telephone, digital camera, portable media player, GPS navigational device, and PDA.   In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

152.    Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time.  Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device.  This information can sometimes be recovered with forensics tools.

153.    <u>Forensic evidence.</u>  As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Device was used, the purpose of their use, who used them, and when.  There is probable cause to believe that this forensic electronic evidence might be on the Device because:

    g.  Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

    h.  Forensic evidence on the Device can also indicate who has used or controlled them.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

    i.  A person with appropriate familiarity with how the electronic Device work may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic device were used, the purpose of their use, who used them, and when.

    j.  The processes of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process.  Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators.  Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves.  Therefore,

contextual information necessary to understand other evidence also falls within the scope of the warrant.

    k.    Further, in finding evidence of how the Device were used, the purpose of their use, who used them, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

154.    <u>Nature of examination.</u>  Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the Device consistent with the warrant.  The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the Device to human inspection in order to determine whether it is evidence described by the warrant.

155.    <u>Manner of execution.</u>  Because this warrant seeks only permission to examine the Device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises.  Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## **<u>CONCLUSION</u>**

156.    Based on these facts, my training, and my experience, I believe there is probable cause to believe that EL BARBAS, JIMMY PEREZ, AMALIA GONZALEZ, KEMBERLY FLORES LOPEZ, EL CHEPE, MYRA LOPEZ GRANADOS, and TARGET #1 have violated Title 21, United States Code, Sections 841(a)(1) and 846.  I also believe there is probable cause to believe that the Device described in **Attachment A** will contain evidence of these crimes.

## **[CONTINUED ON NEXT PAGE]**

157.    I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the Device described in **Attachment A** and to seek the items described in **Attachment B**.

_____/s/_____

Brady H. Cowan
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on April 20th 2023.

_____
Hon. Carolyn K. Delaney
United States Magistrate Judge

Approved as to form:

_/s/ David Spencer_____
David Spencer
Assistant United States Attorney

## ATTACHMENT A

*Item to be Searched*

An Apple iPhone 13 Pro Max Model Number MLJD3E/A A2641 with a serial number of WQJ9D7547W, seized from AURELIA AYON GUERRERO on April 4, 2023, in Imperial County, California. The Device is currently in the custody of the Federal Bureau of Investigation in Roseville, California.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

*Items to be Seized*

This search warrant grants authority to seize all of the items set forth below:

1. Any and all names, words, telephone numbers, email addresses, time/date information, messages or other electronic data in the memory of the Electronic Device identified in Attachment A or on a server and associated with the Electronic Device identified in Attachment A, including:

   a. Incoming call history;

   b. Outgoing call history;

   c. Missed call history;

   d. Outgoing text messages;

   e. Incoming text messages;

   f. Draft text messages;

   g. Telephone book;

   h. Emails;

   i. Data screen or file identifying the telephone number associated with the mobile telephone searched;

   j. Data screen, file, or writing containing serial numbers or other information to identify the electronic device searched;

   k. Voicemail;

   l. User-entered messages (such as to-do lists); and

   m. Stored media such as photographs or video.

2. Any passwords used to access the electronic data described above.

3. Any and all locations, addresses, GPS coordinates, names, time/date information, or other electronic data related to addresses and driving directions.

4. All information and records related to violations of 21 U.S.C. § 841(a) (drug trafficking), 18 U.S.C. § 922(a) (firearms trafficking) and/or 21 U.S.C. § 846 (conspiracy to traffic drugs), including but not limited to:

   a. Data and information related to stored applications and/or websites used to communicate with associates and co-conspirators;

    b.  Data, information, or documents related to the distribution of controlled substances, including the acquisition, possession, and use of equipment, paraphernalia, and materials used in the distribution process, including firearms;

    c.  lists of customers and related identifying information;

    d.  types, amounts, and prices of drugs or firearms trafficked as well as dates, places, and amounts of specific transactions;

    e.  any information related to sources of drugs or firearms or drug or firearms manufacturing materials and equipment (including names, addresses, phone numbers, email addresses, or any other identifying information);

    f.  any information recording schedule or travel;

    g.  all bank records, checks, credit card bills, account information, and other financial records;

    h.  data, information, or documents related to the receipt of proceeds from controlled substances or firearms distribution and the transfer, investment, control, and disposition of those proceeds;

    i.  records of Internet Protocol addresses used;

    j.  records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

    k.  any communications related to drug or firearms trafficking;

    l.  stored media such as photographs or video.

5.  Evidence of user attribution showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

<table>
<tr><td>In the Matter of the Search of<br>An Apple iPhone 13 Pro Max Model Number MLJD3E/A A2641 with a serial number of WQJ9D7547W, seized from AURELIA AYON GUERRERO on April 4, 2023, in Imperial County, California. The Device is currently in the custody of the Federal Bureau of Investigation in Roseville, California.</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.   2:23-sw-0404 CKD</td></tr>
</table>

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before _____ May 4, 2023 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐  Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐  for   30   days *(not to exceed 30)*  ☐  until, the facts justifying, the later specific date of _____ .

Date and time issued:     April 20, 2023 at 3:16 pm            _____
                                                                                            *Judge's signature*

City and state:        Sacramento, California            Carolyn K. Delaney, U.S. Magistrate Judge
                                                                                  *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          _____
Signature of Judge                                                              Date

## <u>ATTACHMENT A</u>

*Item to be Searched*

An Apple iPhone 13 Pro Max Model Number MLJD3E/A A2641 with a serial number of WQJ9D7547W, seized from AURELIA AYON GUERRERO on April 4, 2023, in Imperial County, California. The Device is currently in the custody of the Federal Bureau of Investigation in Roseville, California.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

*Items to be Seized*

This search warrant grants authority to seize all of the items set forth below:

1. Any and all names, words, telephone numbers, email addresses, time/date information, messages or other electronic data in the memory of the Electronic Device identified in Attachment A or on a server and associated with the Electronic Device identified in Attachment A, including:

    a. Incoming call history;

    b. Outgoing call history;

    c. Missed call history;

    d. Outgoing text messages;

    e. Incoming text messages;

    f. Draft text messages;

    g. Telephone book;

    h. Emails;

    i. Data screen or file identifying the telephone number associated with the mobile telephone searched;

    j. Data screen, file, or writing containing serial numbers or other information to identify the electronic device searched;

    k. Voicemail;

    l. User-entered messages (such as to-do lists); and

    m. Stored media such as photographs or video.

2. Any passwords used to access the electronic data described above.

3. Any and all locations, addresses, GPS coordinates, names, time/date information, or other electronic data related to addresses and driving directions.

4. All information and records related to violations of 21 U.S.C. § 841(a) (drug trafficking), 18 U.S.C. § 922(a) (firearms trafficking) and/or 21 U.S.C. § 846 (conspiracy to traffic drugs), including but not limited to:

    a. Data and information related to stored applications and/or websites used to communicate with associates and co-conspirators;

b.  Data, information, or documents related to the distribution of controlled substances, including the acquisition, possession, and use of equipment, paraphernalia, and materials used in the distribution process, including firearms;

c.  lists of customers and related identifying information;

d.  types, amounts, and prices of drugs or firearms trafficked as well as dates, places, and amounts of specific transactions;

e.  any information related to sources of drugs or firearms or drug or firearms manufacturing materials and equipment (including names, addresses, phone numbers, email addresses, or any other identifying information);

f.  any information recording schedule or travel;

g.  all bank records, checks, credit card bills, account information, and other financial records;

h.  data, information, or documents related to the receipt of proceeds from controlled substances or firearms distribution and the transfer, investment, control, and disposition of those proceeds;

i.  records of Internet Protocol addresses used;

j.  records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

k.  any communications related to drug or firearms trafficking;

l.  stored media such as photographs or video.

5.  Evidence of user attribution showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.